JS - 6

**FILED: 6/14/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **August Harrison, et al.,** | **CASE NO. CV 11-4598-GHK (SPx)** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **Bank of America Loan Servicing LP, et al.,** | |
| Defendants. | |

Based on our June 14, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiffs August Harrison and Shonda Evans ("Plaintiffs") against Defendants ReconTrust Company, Mortgage Electronic Registration Systems, Inc., and Bank of America Loan Servicing LP are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED: June 14, 2011

_____
GEORGE H. KING
United States District Judge